Date: September 25, 1989

GENERAL DRIVERS, WAREHOUSE-MEN AND HELPERS, LOCAL 89, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Plaintiff,

v.

PEYTONS, a DIVISION OF the KROGER COMPANY, Defendant.

Civ. A. No. C–89–0466–L(M).

United States District Court, W.D. Kentucky, at Louisville.

April 24, 1991.

### ORDER

MEREDITH, District Judge.

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit. The Sixth Circuit has directed that the Court reinstate the arbitrator's award. Accordingly,

IT IS HEREBY ORDERED that the arbitrator's award be and hereby is REINSTATED.